JOSEPH AVERY et al., Respondents, *v.* WILLIAM O'DWYER et al., Individually and on Behalf of the City of New York, Appellants.

Argued March 3, 1953; decided April 16, 1953.

*Denis M. Hurley, Corporation Counsel (John F. Kelly, Seymour B. Quel, James J. Thornton* and *John L. Radlein* of counsel), for appellants appearing specially.

*Alvin McKinley Sylvester* and *Herman E. Gottfried* for respondents.

Order affirmed, with costs. Question certified answered in the negative. No opinion.

Concur: LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. LOUGHRAN, Ch. J., deceased.